USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS LOCAL #6 PENSION FUND, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

INTERNATIONAL BUSINESS MACHINES CORPORATION, et al.,

Defendants.

-----------------------------------------------------------X

15 **CIVIL** 2492

**JUDGMENT**

Defendants having moved to dismiss the Amended Complaint for failure to state a claim, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on September 7, 2016, having rendered its Opinion and Order granting Defendants' motion to dismiss and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2016, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
September 7, 2016

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**